

Mark L. Stermitz
CROWLEY FLECK PLLP
305 S. 4th St. E.
Missoula, MT 59801
Telephone: (406) 523-3600
Email: mstermitz@crowleyfleck.com

Sara Ghafouri, Ore. Bar #111021 *(Pro Hac Vice Pending)*
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Email: sghafouri@amforest.org

Attorneys for Proposed Defendant-Intervenor

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,**<br><br>Plaintiffs,<br><br>vs.<br><br>**KEITH LANNOM**, Deputy Regional Forester, Region One of U.S. Forest Service, **U.S. FOREST SERVICE**, and **U.S. FISH & WILDLIFE SERVICE,**<br><br>Defendants,<br><br>and<br><br>**AMERICAN FOREST RESOURCE COUNCIL**, an Oregon non-profit corporation.<br><br>Proposed Defendant-Intervenor. | Case No. 9:21-cv-00051-DLC-KLD<br><br>**MOTION TO INTERVENE** |

MOTION TO INTERVENE

American Forest Resource Council respectfully moves to intervene as defendant-intervenor in this case as of right under Fed. R, Civ. P. 24(a) or permissively under Fed. R. Civ. P.(b). Plaintiffs do not oppose, and Federal defendants take no position on the motion.

Movants will comply with the current Case Management Order (ECF No. 9). In accordance with the Case Management Order, proposed intervenors' summary-judgment brief will be due on December 7, 2021, limited to 6,500 words, and their reply will be due on January 25, 2022, limited to 3,500 words.

This motion is supported by a Memorandum, Declaration of Tom Partin, a Proposed Answer, and such argument as the Court may allow. As explained in the accompanying Memorandum, the motion is timely, proposed intervenors have interests in this case that will be impaired by a decision granting plaintiffs' relief and proposed intervenors are not represented by the existing parties.

Respectfully submitted this 5th day of October, 2021.

CROWLEY FLECK PLLP

By: _____
Mark L. Stermitz
305 S. 4th St. E.
Missoula, MT 59801

MOTION TO INTERVENE - 1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October, 2021, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| [X] U.S. Mail<br>[ ] FedEx<br>[ ] Hand-Delivery<br>[ ] Efile<br>[ ] Facsimile<br>[X] Email | Rebecca K. Smith<br>PUBLIC INTEREST DEFENSE CENTER, P.C.<br>P.O. Box 7584<br>Missoula, MT 59807<br>publicdefense@gmail.com |
| [X] U.S. Mail<br>[ ] FedEx<br>[ ] Hand-Delivery<br>[ ] Efile<br>[ ] Facsimile<br>[X] Email | Timothy M. Bechtold<br>BECHTOLD LAW FIRM, PLLC<br>P.O. Box 7051<br>Missoula, MT 59807<br>tim@bechtoldlaw.net<br><br>*Attorneys for Plaintiffs* |
| [X] U.S. Mail<br>[ ] FedEx<br>[ ] Hand-Delivery<br>[ ] Efile<br>[ ] Facsimile<br>[X] Email | Jean E. Williams, Acting Assistant Attorney General<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Sean C. Duffy, Trial Attorney<br>Natural Resources Section<br>Devon L. Flanagan, Trial Attorney<br>Wildlife & Marine Resources Section<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>devon.flanagan@usdoj.gov<br>sean.c.duffy@usdoj.gov<br><br>*Attorneys for Federal Defendants* |

*(signature)*