IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH LANNON, Deputy Regional Forester, Region One of U.S. Forest Service, U.S. FOREST SERVICE and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | CV 21-51-M-DLC-KLD<br><br>**ORDER** |

Defendant moves for the admission of Sara Ghafouri to practice before this Court in this case with Mark L. Stermitz to act as local counsel. Ms. Ghafouri's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Sara Ghafouri pro hac vice is GRANTED on the condition that Ms. Ghafouri shall do her own work. This means that Ms. Ghafouri must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Ghafouri may move for

the admission pro hac vice of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Ghafouri.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Ghafouri, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 12th day of October, 2021.

Kathleen L. DeSoto
United States Magistrate Judge