Rebecca K. Smith
Public Interest Defense Center, P.C.
P.O. Box 7584
Missoula, MT 59807
(406) 531-8133
publicdefense@gmail.com

Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>KEITH LANNOM, Deputy Regional Forester, Region One of U.S. Forest Service, U.S. FOREST SERVICE, and U.S. FISH & WILDLIFE SERVICE.<br><br>　　　Defendants. | CV-21-51-DLC-KLD<br><br>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

This is a civil action for judicial review under the Administrative Procedure Act and/or Endangered Species Act of the U.S. Forest Service's and/or U.S. Fish & Wildlife Service's authorizations and/or lack thereof regarding the Horsefly Project, Little Belts Travel Plan, and site-specific Forest Plan Amendment for the Horsefly Project on the Helena-Lewis and Clark National Forest.  Plaintiffs Alliance for the Wild Rockies and Native Ecosystems Council respectfully move this Court for summary judgment on all of their claims. Defendants' conduct is arbitrary and capricious, an abuse of discretion, and/or otherwise not in accordance with the the National Environmental Policy Act (NEPA), 42 U.S.C. §§ 4331 *et seq*., the National Forest Management Act (NFMA), 16 U.S.C. §§ 1600 *et seq*., the Endangered Species Act (ESA), 16 U.S.C. §§ 1531 *et seq*., and/or the Administrative Procedure Act (APA), 5 U.S.C. §§ 701 *et seq.*  Plaintiffs request that this Court either vacate the Project decision or enjoin implementation of the Project until Defendants have complied with the law.  Plaintiffs file a brief in support of this motion, and Defendants will file a brief in opposition.

Respectfully submitted this 26th Day of October, 2021.

                                        */s/ Rebecca K. Smith*
                                        Rebecca K. Smith
                                        PUBLIC INTEREST DEFENSE CENTER, PC

                                        Timothy M. Bechtold
                                        BECHTOLD LAW FIRM, PLLC

                                        Attorneys for Plaintiffs