UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,<br><br>      Plaintiff,<br><br> vs.<br><br>KEITH LANNOM, Deputy Regional Forester, U.S. Forest Service Region One; U.S. FOREST SERVICE; and U.S. FISH & WILDLIFE SERVICE,<br><br>      Defendants,<br><br> and<br><br>AMERICAN FOREST RESEARCHCOUNCIL, an Oregon non-profit corporation,<br><br>      Defendant-Intervenor. | Case No. CV-21-051-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of June 27, 2024 (Doc. 63), Judge DeSoto's Findings and Recommendations (Doc. 51) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that summary judgment is entered in favor of Alliance as to Claim III. The Project is REMANDED to the agency to cure the NEPA violation and the Project is ENJOINED pending the agency's compliance with NEPA.

IT IS FURTHER ORDERED that summary judgement is entered in favor of Defendants as to Claims I, II, IV, and V.

Dated this 27th day of June, 2024.

                        TYLER P. GILMAN, CLERK

                        By: /s/ Sarah Nagy
                        Sarah Nagy, Deputy Clerk